# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1500
Lower Tribunal No. 2022-CA-000000

_____

SURUJH LLOYD LATCHMAN a/k/a SURUJH L. LATCHMAN a/k/a SURUJH LATCHMAN
and GAITRIE LATCHMAN,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for LONG BEACH
MORTGAGE LOAN TRUST 2006-8,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Ronald W. Sikes and Alan J. Bent, of Sikes Law Group, PLLC, Winter Garden, for Appellants.

Jan Timothy Williams, of Lapin & Leichting, LLP, Jacksonville, and Adam B. Leichtling, of Lapin & Leichtling, LLP, Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED